BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHARON LYNNE HORTON,<br><br>                Defendants. | CASE NO. 1:13-CR-00220 AWI-BAM<br><br>MOTION TO DISMISS INDICTMENT AND ORDER OF DISMISSAL |

     The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Christopher D. Baker, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to recall the arrest warrant and to dismiss the Indictment as to Defendant Sharon Lynne Horton, in the interest of justice, as Defendant is deceased.

Dated: January 28, 2014
                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

                                        By: /s/ CHRISTOPHER D. BAKER
                                                 CHRISTOPHER D. BAKER
                                                 Assistant United States Attorney

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00220 AWI-BAM |
| Plaintiff, | ORDER ON MOTION TO DISMISS INDICTMENT |
| v. | |
| SHARON LYNNE HORTON, | |
| Defendants. | |

### ORDER

**IT IS HEREBY ORDERED** in the interest of justice, that the arrest warrant in this case be recalled and that the Indictment against Defendant, Sharon Lynne Horton, be dismissed.

IT IS SO ORDERED.

Dated:   January 29, 2014                       _____
                                                SENIOR DISTRICT JUDGE